IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


RICHARD D. SMITH,

      Petitioner,

v.                                                                           CASE NO. 1:04-cv-00397-MP-AK

JOSEPH E. SMITH, et al.,

      Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 18, Report and Recommendations of the

Magistrate Judge, recommending that Doc. 17, Petitioner's Amended Complaint, be dismissed

for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

The Magistrate Judge filed the Report and Recommendation on Tuesday, October 11, 2005.  The

parties were furnished a copy of the Report and Recommendation and were afforded an

opportunity to file objections.  Defendant has filed objections to the Report and

Recommendation, Doc. 19.  Pursuant to Title 28, United States Code, Section 636(b)(1), this

Court must make a *de novo* review of those portions to which an objection has been made.

After reviewing the Magistrate's report and all objections thereto timely filed, I have

determined that the Report and Recommendations should be adopted.  As the Magistrate

correctly points out, to recover damages in a suit under 42 U.S.C. § 1983, the plaintiff must

prove that his conviction or sentence has been reversed or invalidated.  Heck v. Humphrey, 512

U.S. 477 (1994).  Petitioner has failed to make such a showing.  Additionally, Plaintiff has failed

to bring his action within the four year statute of limitations governing his claim.  Plaintiff

asserts that the statute of limitations period should not yet have begun to run.  However,

February 8, 2000, was the last in which the allegedly illegal evidence was used.  Using this date,

the limitations period would expire on February 8, 2004.  Plaintiff filed this complaint on

October 20, 2004.  Accordingly, it is hereby

        **ORDERED AND ADJUDGED:**

     1.      The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

     2.      Petitioner's amended complaint under 42 U.S.C. § 1983, Doc. 17, is dismissed.

     **DONE AND ORDERED** this  *3rd* day of November, 2005

              *s/Maurice M. Paul*
             Maurice M. Paul, Senior District Judge