IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


RICHARD D. SMITH,

    Petitioner,

v.                                        CASE NO. 1:04-cv-00397-MP-AK

JOSEPH E. SMITH, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 22, Defendant's Motion to rescind or modify its judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. Rule 54(b) states:

> When more than one claim for relief is presented in an action, whether as a claim, counterclaim, cross-claim, or third-party claim, or when multiple parties are involved, the court may direct the entry of a final judgment as to one or more but fewer than all of the claims or parties only upon an express determination that there is no just reason for delay and upon an express direction for the entry of judgment. In the absence of such determination and direction, any order or other form of decision, however designated, which adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties shall not terminate the action as to any of the claims or parties, and the order or other form of decision is subject to revision at any time before the entry of judgment adjudicating all the claims and the rights and liabilities of all the parties.

Apparently, Defendant claims that this Court left open some of his claims. However, a judgment against Defendant on all of his claims was entered on Thursday, November 3, 2005. This judgment iss clear on its face, and does not "adjudicate[] fewer than all the claims or the rights and liabilities of fewer than all the parties." See FED. R. CIV. P. 54(b). Accordingly, no relief may be had under Rule 54(b). Accordingly, Defendant's motion is denied.

**DONE AND ORDERED** this  *23rd* day of December, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge